IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WEST AMERICAN INSURANCE COMPANY
and PEERLESS INDEMNITY INSURANCE
COMPANY,

    Plaintiffs,

vs.                                                      1:17-cv-01047-RB-LF

HAILEY ATYANI, NICHOLE C DE BACA,
BIANCA GARCIA, HANNAH JIRON,
CESELLA MERRYMAN, ANDREA VARELA,
WHITNEY WHITSON, JAEDA CHAVEZ,
JENNA ESPINOZA, SAMANTHA HAWLEY,
KRISTEN HERRERA, EMILLEE JEPHSON,
GENEVIEVE REILLY, KELSI SHARP, ALLYNA
BOWSHER, DENNIS BONFANTINE, JANICE
BONFANTINE, D.B. KELLY, INC., d/b/a
KELLY'S BREW PUB AND RESTAURANT and
DB BREWERY LLC,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on March 2, 2018, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 30), filed on February 26, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 36), filed concurrently with this Order.

_____
Laura Fashing
United States Magistrate Judge